UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Erin Turner, <br><br> Plaintiff, <br><br> v. <br><br> SunTrust Banks, Inc. d/b/a SunTrust Mortgage, Inc. <br><br> Defendant. | **District of Minnesota – Court File No.:** <br> **08-cv-5339 JRT/RLE** <br> W.D. Wis. 09-mc-21 <br><br> ~~PROPOSED~~ **ORDER** |

The above-referenced matter came before The Honorable Judge upon Plaintiff's Motion to Compel Production of Incoming Telephone Records from TDS Telecommunications Corporation ("TDS Telecom").

The Court having examined and reviewed the briefs of all counsel, being fully advised in the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion be **GRANTED** in its entirety and TDS Telecom shall within twenty days from the date of this order supply Plaintiff with all incoming telephone records as requested in her subpoena.

DATED: 7-24-09

_____
Judge
United States District Court

1